TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Daniel S. Earle

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVSION

| | |
|---|---|
| Daniel S. Earle,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Seterus, Inc.,<br><br>　　　　　Defendant. | Case No.: 2:18-cv-06959-SVW-SK<br><br>**STIPULATION OF DISMISSAL** |

# STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety with prejudice and with each side to bear its own attorneys' fees and costs.

| Plaintiff | Defendant |
|---|---|
| __/s/ Trinette G. Kent | __/s/ Eric Tsai |
| TRINETTE G. KENT<br>Attorney for Plaintiff | ERIC TSAI<br>Attorney for Defendant |