1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVSION

Daniel S. Earle,

          Plaintiff,

   vs.

Seterus, Inc.,

          Defendant.

Case No.: 2:18-cv-06959-SVW-SK

**ORDER**

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: March 1, 2019

_____

Judge: Stephen V. Wilson

2:18-cv-06959-SVW-SK                                            PROPOSED ORDER